**Motion granted and Abatement Order filed March 22, 2022**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00344-CV

---

### CHRISTOPHER DANIEL CORNAY, Appellant

### V.

### LAUREN ELIZABETH CORNAY, Appellee

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2021-29054**

---

### ABATEMENT ORDER

On February 16, 2022, appellant filed what is styled as a motion to dismiss but essentially requests the court to abate the appeal and permit proceedings in the trial court to effectuate the parties' agreement to compromise and settle their dispute. Consistent with Texas Rule of Appellate Procedure 42.1(a)(2)(C), the motion is accompanied by an agreement signed by the parties, as well as their attorneys. Construing the motion as a request to abate the appeal and permit proceedings in the trial court to effectuate the parties' agreement, the court hereby **GRANTS** the

motion. The parties are instructed to have a supplemental clerk's record filed in this Court within 10 days of any action taken in the trial court showing the action taken regarding effectuating the parties' agreement.

The appeal is abated, treated as a closed case, and removed from this court's active docket for ninety days from the date of this order. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.